FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER PISANI,<br><br>Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL INC,<br><br>Defendant. | Case No. 2:23-cv-00208-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 31** |

Before the Court is the parties' Stipulated Motion Dismissing Case with Prejudice, ECF No. 31.  The parties stipulate that this matter may be dismissed with prejudice and without an award of costs or fees.  Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  Defendants Equifax Information Services, LLC and TransUnion, LLC have previously been dismissed, ECF Nos. 12 and 17.  Thus, the instant motion has been signed by counsel for all remaining parties who have appeared.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion Dismissing Case with Prejudice, **ECF No. 31**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii), LCivR 41(a)(1)(B), and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED August 19, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2